# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cherry Reaves,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                                   3:11-cv-318

Carolina Medical Center, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                             Signed: April 13, 2012

_____
Frank G. Johns, Clerk
United States District Court